# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOHN COWART

NO. 2022 KW 0811

**AUGUST 1, 2022**

---

In Re:    John Cowart, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 37184.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT DENIED.**

**VGW**
**EW**

**Guidry, J.,** concurs and would deny the writ application on the showing made.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT